## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LEONA PAYNE, | ) | |
| 2. DARRELL PAYNE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-15-1061-R |
| 1. WS SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF NOVEMBER, 2016**.

s/ Leah M. Roper
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
Leah M. Roper, OBA # 32107
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
leah@hammonslaw.com
*Counsel for Plaintiff*

*And*

s/Merideth P. Turpin
*(signed by filing party with permission)*
Justin R. Landgraf, OBA #22204
Meredith P. Turpin, OBA #22690
HISEY & LANDGRAF
7 East Main Street
P.O. Box 2503
Ardmore, OK 73402
(580) 226-6277
(580) 226-0571 Facsimile
jlandgraf@ardmoreattorneys.com
mturpin@ardmoreattorneys.com

1

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 9th day of November, 2016.

Justin R. Landgraf, OBA #22204
Meredith P. Turpin, OBA #22690
HISEY & LANDGRAF
7 East Main Street
P.O. Box 2503
Ardmore, OK 73402
(580) 226-6277
(580) 226-0571 Facsimile
jlandgraf@ardmoreattorneys.com
mturpin@ardmoreattorneys.com

s/ Leah M. Roper